# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TREVOR BROWN, | |
| Plaintiff, | Case No.: 2:22-cv-00149-GMN-VCF |
| vs. | **ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION** |
| NYE COUNTY SHERIFFS OFFICE, | |
| Defendant. | |

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

**DATED** this   5   day of December, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court